Leonard BOLDEN, Respondent,

v.

SOUTHEASTERN PENNSYLVANIA
TRANSPORTATION AUTHORITY,
Petitioner.

Supreme Court of Pennsylvania.

March 29, 2006.

In re ADMINISTRATIVE ORDER
NO. 1–MD–2003.

Petition of Honorable James P. Trout-
man, Clerk of Courts of the Court of
Common Pleas of Berks County.

Supreme Court of Pennsylvania.

March 29, 2006.

## ORDER

PER CURIAM.

AND NOW, this 29th day of March 2006, the Petition for Allowance of Appeal is granted. The parties are directed to address the following issue:

Whether the Commonwealth Court erred in affirming the trial court's decision that a door closing mechanism on a train is a "part and appurtenance" within the meaning of the Locomotive Inspection Act (LIA) in determining strict liability for an injury sustained by a railroad employee?

Justice BALDWIN did not participate in the consideration or decision of this matter.